# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT THIBODEAUX

NO. 2023 KW 1188

**JANUARY 18, 2024**

---

In Re:   Wilbert Thibodeaux, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 13-190149.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**   The district court did not abuse its discretion in denying the motion for production and in camera inspection of grand jury testimony. See **State v. Francis**, 2018-1395 (La. 9/21/18), 252 So.3d 875, 876 (per curiam).

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT